UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>   *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>   *Defendants*. | Civil Action No. 16-1050-RJL |

## **JOINT STATUS REPORT**

  Plaintiff, American Immigration Council (the "Council"), and Defendants, the United States Department of Homeland Security and Customs and Border Protection ("CBP"), and each by its undersigned counsel, hereby submit this joint proposed status report in compliance with the Court's Minute Order dated July 11, 2018.

  1. As previously reported, all that remains for resolution in this litigation is the Council's demand for fees and costs.

  2. Without conceding that the Council is entitled to any such relief, CBP expressed its willingness to engage in negotiations on that issue with the Council. On June 6, 2018, the Council presented Defendants with its demand for attorneys' fees and costs, and CBP conveyed a counteroffer on July 31, 2018.

  3. At this point, the parties have not reached an agreement on the issue of fees and costs.

  4. Accordingly, consistent with the directive in the Court's July 11 Minute Order, the parties propose the following schedule for filing and briefing the Council's motion for fees and costs.

93701765.4

    a. The Council will file its motion and all supporting papers by no later than September 14, 2018.

    b. CBP will file its opposition papers by October 15, 2018.

    c. The Council may file a reply brief on or before October 30, 2018.

5. In addition, the parties propose that they be ordered to seek to resolve the issues raised in the motion in mediation, with a mutually acceptable third party neutral, during the thirty-day period following completion of the briefing on the Council's motion (*i.e.*, from October 31 through November 30, 2018).

6. If all outstanding issues regarding fees and costs are not fully resolved by agreement by November 30, 2018, the parties will so inform the Court in a joint status report to be filed on December 3, 2018, with the understanding that the Court would move forward with adjudicating the Council's motion.

Respectfully Submitted,

DRINKER BIDDLE & REATH, LLP

By: /s/ Thomas Starnes
THOMAS E. STARNES, D.C. Bar # 376215
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Washington, District of Columbia 20005
Telephone: 202 230 5192
Facsimile: 202 842 4865
Cell: 202 415 4558
Thomas.Starnes@dbr.com

*Counsel for Plaintiff*

Dated: August 8, 2018

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendants*