IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 16-1050 (RJL) |

### AFFIDAVIT OF GERALD S. HARTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Gerald S. Hartman, hereby state as follows:

1. I am an attorney licensed to practice law in the District of Columbia and have served as lead counsel for the plaintiff in this action, the American Immigration Council ("Council").

2. From the time this lawsuit commenced and through January 31, 2017, I was a partner in the law firm of Drinker Biddle & Reath LLP ("DBR"), located at 1500 K St., N.W., Washington, DC 20005. I retired from DBR effective February 1, 2017, but have continued to practice law, and to represent the Council in this lawsuit.

3. I have read the Affidavit of Thomas E. Starnes ("*Starnes Affidavit*"), my former partner at DBR, and agree that engagement letter attached to the *Starnes Affidavit* as Exhibit A is a true and accurate copy of the signed engagement letter pursuant to which DBR has provided legal services to the Council is this lawsuit.

4. I agree that the document attached as Exhibit B to the *Starnes Affidavit*, entitled "Co-Counsel Addendum to Engagement Letter Agreement, is a true and accurate copy of the

1

agreement reached by the Council, DBR, and myself to govern the representation of the Council in this lawsuit following my retirement from DBR.

5. I agree with the representations made in ¶¶ 4-5 of the Starnes Affidavit regarding the *pro bono* nature of the Council's legal representation, the expectation that the Council would nevertheless seek an award of an attorneys' fees and costs, and the agreement between the Council, DBR, and myself on how any amounts awarded by the Court would be allocated.

6. Like Mr. Starnes, I served as "billing attorney" for a number of DBR clients during my time at that firm. I am familiar with how DBR's invoices for services and disbursements are prepared and with the time-keeping system that DBR timekeepers use to record time spent on a given matter.

7. I have reviewed the DBR invoice attached to the Starnes Affidavit as Exhibit C. That invoice follows the format DBR typically used to bill its clients during my tenure as a partner in that firm. I understand that the billing *rates* charged on that invoice, however, are *lower* than the rates DBR charged its paying clients for comparable services performed during the same time period, *i.e.*, that the rates used in Exhibit C are drawn the "USAO Attorney's Fees Matrix – 2015-2019" attached as Exhibit D to the *Starnes Affidavit*.

8. The DBR Invoice attached as Exhibit C to the *Starnes Affidavit* accurately reflects all of the time I invested in providing legal representation to the Council in this lawsuit prior to February 1, 2017, the effective date of my retirement from DBR.

9. Attached hereto as Exhibit A is a distinct invoice that accurately reflects all of the time I have invested in providing legal representation to the Council *following* my retirement from DBR.

2

94041315.2

I declare under penalty of perjury that the foregoing is true and correct.

September 14, 2018
Date

/s/ Gerald S. Hartman
Gerald S. Hartman

# EXHIBIT A

—·—·—·—·—·—·—·—·—·—

AFFIDAVIT OF GERALD S. HARTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

**THE LAW OFFICES OF JERRY HARTMAN**  3607 Whispering Lane
Falls Church, VA 22041
(703) 919-0423
JerryHartman@mac.com

# INVOICE

American Immigration Council
1331 G Street, NW
# 200
Washington, DC 20005

---

**Re: American Immigration Council – FOIA Litigation**

For services through September 13, 2018

    Current Fees      $19,599.60

**Total Amount Due This Invoice**      **$19,599.60**

**Checks:**
Law Offices of Jerry Hartman
3607 Whispering Lane
Falls Church, VA 22041

**Please return this remittance copy with your payment.**
**Payment for legal services is due within 30 days of invoice date.**

92528298.6

**THE LAW OFFICES OF JERRY HARTMAN**

3607 Whispering Lane
Falls Church, VA 22041
(703) 919-0423
JerryHartman@mac.com

American Immigration Council
1331 G Street, NW
# 200
Washington, DC 20005

**Re: American Immigration Council – FOIA Litigation**

For professional services rendered through September 13, 2018

**Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 2/8/2017 | Review defendant's objections to proposed protocol and timeline for production of underlying documents (.1). Telephone conference T. Starnes re: same (.2) | GS Hartman | 0.3 | 174.30 |
| 2/17/2017 | Review and reply to email from T. Starnes seeking comment on draft response to defendant's objection to proposed production protocol and timeline. | GS Hartman | 0.1 | 58.10 |
| 2/21/2017 | Telephone call with T. Starnes re: response to CBP's objections to proposed document production protocol. | GS Hartman | 0.4 | 232.40 |
| 3/2/2017 | Composed email to T. Starnes re: defendant's response on document production timetable (.1). Telephone call with T. Starnes re: recommended strategy in light of same (.2). | GS Hartman | 0.3 | 174.30 |
| 3/6/2017 | Read email from Mary Kenney re: negotiations with CBP on document production protocol (.1). Review email from T. Starnes to defendant's counsel re: same (.1). | GS Hartman | 0.2 | 116.20 |
| 3/16/2017 | Conference with T. Starnes re: claim for attorneys' fees | GS Hartman | 0.2 | 116.20 |
| 3/17/2017 | Review email from T. Starnes re: status of defendant's document production. | GS Hartman | 0.1 | 58.10 |
| 3/24/2017 | Conference with T. Starnes re: reviewing documents produced by Defendants | GS Hartman | 0.1 | 58.10 |
| 3/28/2017 | Review email from T. Starnes re: strategy for responding to defendant's first production of documents (.3). Telephone call with T. Starnes re: same (.1). | GS Hartman | 0.4 | 232.40 |
| 3/30/2017 | Email from T. Starnes outlining communication to defendant's re: first production of documents. | GS Hartman | 0.1 | 58.10 |
| 4/5/2017 | Email to T. Starnes re: status of production of documents. | GS Hartman | 0.1 | 58.10 |
| 4/5/2017 | Telephone call with T. Starnes re: document production. | GS Hartman | 0.1 | 58.10 |

92528298.6

American Immigration Council
FOIA Litigation

Page 2

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 4/11/2017 | Review email from defendant's counsel with additional production and email T. Starnes re: same. | GS Hartman | 0.2 | 116.20 |
| 4/12/2017 | Email to T. Starnes re: document production. | GS Hartman | 0.1 | 58.10 |
| 4/13/2017 | Review associate's research on inadvertent production issue and email T. Starnes re: same. | GS Hartman | 0.2 | 116.20 |
| 4/18/2017 | Review T. Starnes email to defendant's counsel re: inadvertent production issue | GS Hartman | 0.1 | 58.10 |
| 4/20/2017 | Email T. Starnes re: documenting understanding on inadvertent disclosure/waiver | GS Hartman | 0.1 | 58.10 |
| 4/21/2017 | Review T. Starnes email to defendant's counsel re: inadvertent disclosure issue | GS Hartman | 0.1 | 58.10 |
| 5/3/2017 | Email to and conference with T. Starnes re: document production and review. | GS Hartman | 0.2 | 116.20 |
| 5/17/2017 | Telephone conference with T. Starnes re: document review. | GS Hartman | 0.2 | 116.20 |
| 5/18/2017 | Conference with T. Starnes re: document review. | GS Hartman | 0.2 | 116.20 |
| 5/26/2017 | Conference with T. Starnes re: document review and emails with T. Starnes re: same. | GS Hartman | 0.3 | 174.30 |
| 6/2/2017 | Emails with T. Starnes re: document review | GS Hartman | 0.1 | 60.20 |
| 6/5/2017 | Review documents produced by defendants for adequacy/completeness | GS Hartman | 4.0 | 2,408.00 |
| 6/6/2017 | Review documents produced by defendants | GS Hartman | 2.0 | 1,204.00 |
| 6/8/2017 | Complete review of documents produced by defendants for adequacy/completeness and email exchange T. Starnes re: same. | GS Hartman | 1.5 | 903.00 |
| 6/9/2017 | Telephone call with T. Starnes re: memorandum to client. | GS Hartman | 0.2 | 120.40 |
| 6/12/2017 | Email to T. Starnes re: memorandum to client. | GS Hartman | 0.1 | 60.20 |
| 6/13/2017 | Review advice memorandum to client on defendant's document production (.5). Conference T. Starnes re: same (.3). | GS Hartman | 0.8 | 481.60 |
| 6/19/2017 | Email from T. Starnes re: new counsel for defendants | GS Hartman | 0.1 | 60.20 |
| 6/21/2017 | Email from T. Starnes re: scheduling conference call | GS Hartman | 0.1 | 60.20 |
| 6/22/2017 | Email from T. Starnes re: scheduling conference call | GS Hartman | 0.1 | 60.20 |

American Immigration Council
FOIA Litigation

Page 3

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 6/27/2017 | Conference call with T. Starnes and Council representatives re: litigation options | GS Hartman | 0.5 | 301.00 |
| 6/27/2017 | Review AIC Report supplemental report on No Action Taken | GS Hartman | 1.0 | 602.00 |
| 7/6/2017 | Email exchange T. Starnes re: communications defendant's counsel and court on adequacy of defendant's production. | GS Hartman | 0.2 | 120.40 |
| 7/10/2017 | Review court's order re: status report, and email T. Starnes re: same. | GS Hartman | 0.2 | 120.40 |
| 7/19/2017 | Review and reply to email from M. Kenney re: outstanding documents concerning CBP's procedures for processing complaints | GS Hartman | 0.1 | 60.20 |
| 7/21/2017 | Telephone conference T. Starnes re: client's identification of outstanding documents and action plan | GS Hartman | 0.2 | 120.40 |
| 7/27/2017 | Review T. Starnes draft letter to defendant's re: outstanding documents for defendant to produce. | GS Hartman | 0.2 | 120.40 |
| 7/31/2017 | Review T. Starnes email re: telephone call with defendant's counsel and telephone conference with T. Starnes re: same | GS Hartman | 0.2 | 120.40 |
| 7/31/2017 | Call with T. Starnes re: status | GS Hartman | 0.1 | 60.20 |
| 10/10/2017 | Review email from T. Starnes re: status report to court and additional release of records by defendant. | GS Hartman | 0.1 | 60.20 |
| 10/20/2017 | Email from T. Starnes re: conference call to review status and strategy | GS Hartman | 0.1 | 60.20 |
| 10/27/2017 | Conference call with client, T. Starnes and M. Matavich | GS Hartman | 0.5 | 301.00 |
| 10/27/2017 | Review Joint Status Report and email from T. Starnes re: same | GS Hartman | 0.1 | 60.20 |
| 11/27/2017 | Email to T. Starnes re: status. | GS Hartman | 0.1 | 60.20 |
| 11/29/2017 | Email to T. Starnes re: status. | GS Hartman | 0.1 | 60.20 |
| 12/6/2017 | Call T. Starnes re: status (.1). Review subsequent emails from T. Starnes re: status report and additional documents produced by defendants (.3). | GS Hartman | 0.4 | 240.80 |
| 12/18/2017 | Call T. Starnes re: status | GS Hartman | 0.1 | 60.20 |
| 1/17/2018 | Review emails re: additional productions from CBP. | GS Hartman | 0.1 | 60.20 |
| 1/29/2018 | Review and evaluate final document productions by defendant (2.5). Email and voice mail to T. Starnes re: status (.1). | GS Hartman | 0.1 | 60.20 |

92528298.6

Page 3

American Immigration Council
FOIA Litigation

Page 4

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 2/6/2018 | Review email from T. Starnes re: Status Report to Court | GS Hartman | 0.1 | 60.20 |
| 3/1/2018 | Email from M. Kenney on document review | GS Hartman | 0.2 | 120.40 |
| 3/1/2018 | Internal conference with T.S. on document review | GS Hartman | 0.2 | 120.40 |
| 3/2/2018 | Email from T.S. to M. Kenney | GS Hartman | 0.1 | 60.20 |
| 3/2/2018 | Document review (final). | GS Hartman | 0.2 | 120.40 |
| 3/5/2018 | Email from government on review of documents | GS Hartman | 0.1 | 60.20 |
| 3/6/2018 | Internal conference with T.S. on document production and fee petition | GS Hartman | 0.3 | 180.60 |
| 3/8/2018 | Review fee statements for fee petition | GS Hartman | 0.5 | 301.00 |
| 4/30/2018 | Review draft facts on fee request. | GS Hartman | 0.7 | 421.40 |
| 4/30/2018 | Email to T. Starnes on draft motion for fee request. | GS Hartman | 0.3 | 180.60 |
| 4/30/2018 | Internal conference with J. Baron on fee request. | GS Hartman | 0.3 | 180.60 |
| 4/30/2018 | Review emails form J. Baron on legal issues related to fee request. | GS Hartman | 0.3 | 180.60 |
| 5/30/2018 | Review draft motion and edit | GS Hartman | 3.3 | 1,986.60 |
| 5/31/2018 | Review revised draft motion and edit | GS Hartman | 2.8 | 1,685.60 |
| 5/31/2018 | Review email to client on fee request | GS Hartman | 0.2 | 120.40 |
| 6/1/2018 | Email to T. Starnes on settlement discussions | GS Hartman | 0.1 | 61.30 |
| 6/4/2018 | Review email to defendant on fee request | GS Hartman | 0.2 | 122.60 |
| 6/5/2018 | Review edits of client and draft of T. Starnes | GS Hartman | 1.5 | 919.50 |
| 9/7/2018 | Review and edit draft fee petition | GS Hartman | 2.0 | 1,226.00 |
| 9/7/2018 | Email to T. Starnes on key issues and items to discuss | GS Hartman | 0.5 | 306.50 |

American Immigration Council
FOIA Litigation

Page 5

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 9/10/2018 | Review email from T. Starnes on critical issues | GS Hartman | 0.2 | 122.60 |
| 9/11/2018 | Meet with T. Starnes to discuss edits and revisions to fee petition | GS Hartman | 0.5 | 306.50 |
| 9/12/2018 | Review email from T. Starnes on attorney fee matrix | GS Hartman | 0.2 | 122.60 |
| 9/12/2018 | Review T. Starnes affidavit in support of fee petition and responding email | GS Hartman | 0.3 | 183.90 |
| | **Current Hours/Fees** | | **32.6** | **$19,599.60** |

**Time and Fee Summary**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| GS Hartman | $581.00 | 4.0 | $2,382.10 |
| GS Hartman | $602.00 | 23.0 | $13,846.00 |
| GS Hartman | $613.00 | 5.5 | $3,371.50 |
| Totals | | 32.6 | $19,599.60 |

92528298.6